UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HARI-AMAN JAMES

                Plaintiff,

                -against-

NEW YORK CITY HEALTH + HOSPITALS CORP.
OFFICE OF LEGAL AFFAIRS CLAIMS DIVISION,

                Defendant.
------------------------------------------------------------x

23-CV-1206 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Defendant's motion to stay discovery is **DENIED without prejudice**. (ECF 26).

Defendant's motion to adjourn the Initial Case Management Conference is **DENIED**. (ECF 26).

The Initial Case Management Conference is converted into an in-person Status Conference still scheduled for **May 10, 2023, at 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties should be prepared to discuss mediation and the status of Defendant's motion to dismiss (ECF 10).

The Clerk of Court is respectfully directed close ECF 26 and to mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

                *s/ Ona T. Wang*
Dated: April 21, 2023                **Ona T. Wang**
      New York, New York        United States Magistrate Judge