**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

HARI-AMAN JAMES

           Plaintiff,

        -against-

NEW YORK CITY HEALTH + HOSPITALS CORP.
OFFICE OF LEGAL AFFAIRS CLAIMS DIVISION,

           Defendant.

------------------------------------------------------------x

23-CV-1206 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference on May 10, 2023. As discussed at the conference, the case is hereby **STAYED for 30 days**. The parties are directed to file a joint status letter by **August 25, 2023**, to be filed by counsel for Defendant.

The Clerk of Court is respectfully directed to serve a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 10, 2023
      New York, New York

                          *s/ Ona T. Wang*
                            **Ona T. Wang**
                      United States Magistrate Judge