**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
HARI-AMAN JAMES                       :
                                      :
              Plaintiff,      :      23-CV-1206 (PGG) (OTW)
                                      :
              -against-       :      **ORDER**
                                      :
NEW YORK CITY HEALTH + HOSPITALS CORP.:
OFFICE OF LEGAL AFFAIRS CLAIMS DIVISION, :
                                      :
             Defendant.      :
-------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court is in receipt of Defendants' letter to the Court dated June 23, 2023. (ECF 36). On May 10, 2023, the Court held a Status Conference and stayed the case for **30 days, until June 21, 2023.** Defendants' motion to extend the stay is **GRANTED**. (ECF 36). Defendants report that *pro se* Plaintiff is seeking legal representation. Plaintiff is directed to report in the **joint status letter due August 25, 2023**, (*See* ECF 33), if he will be proceeding *pro se* or with counsel.

      The Clerk of Court is respectfully directed to close ECF 36 and serve a copy of this Order to *pro se* Plaintiff.

      **SO ORDERED.**

                                                        *s/ Ona T. Wang*
Dated: May 10, 2023                                          **Ona T. Wang**
      New York, New York                      United States Magistrate Judge