**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

HARI-AMAN JAMES

                 Plaintiff,

-against-

NEW YORK CITY HEALTH + HOSPITALS CORP.
OFFICE OF LEGAL AFFAIRS CLAIMS DIVISION,

                 Defendant.

------------------------------------------------------------x

23-CV-1206 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference on April 3, 2024. As discussed at the conference, and with the consent of both parties, the STAY in this case is hereby **LIFTED**.

Discovery in this case is hereby **STAYED** pending resolution of the motions at ECF Nos. 10 and 15.

**SO ORDERED.**

                                                                              _s/ Ona T. Wang_

Dated: April 3, 2024                                             **Ona T. Wang**
      New York, New York                             United States Magistrate Judge