**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
HARI-AMAN JAMES                                            :
                                                           :
                    Plaintiff,                             :     23-CV-1206 (PGG) (OTW)
                                                           :
         -against-                                         :     **ORDER**
                                                           :
NEW YORK CITY HEALTH + HOSPITALS CORP.                     :
OFFICE OF LEGAL AFFAIRS CLAIMS DIVISION,                   :
                                                           :
                    Defendant.                             :
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

It has come to the Court's attention that ECF 17 was filed as restricted for viewing to the Court only, and it is unclear whether this was intended by Plaintiff. Accordingly, Plaintiff is directed to file a letter by **September 23, 2024,** informing the Court whether and why ECF 17 should be restricted. If Plaintiff fails to reply, the Court will unseal ECF 17 on September 25, 2024.

**SO ORDERED.**

Dated: September 16, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge