UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HARI-AMAN JAMES                              :
                                             :
                Plaintiff,                   :         23-CV-1206 (PGG) (OTW)
                                             :
        -against-                            :         **ORDER**
                                             :
NEW YORK CITY HEALTH + HOSPITALS CORP.       :
OFFICE OF LEGAL AFFAIRS CLAIMS DIVISION,     :
                                             :
                Defendant.                   :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On September 16, 2024, the Court directed Plaintiff to file a letter by September 23, 2024, informing the Court as to why ECF 17 was filed on the docket as restricted for viewing to the Court only, and whether ECF 17 should remain restricted. (ECF 49). Plaintiff failed to file a letter by the September 23, 2024, deadline.

Accordingly, the Clerk of Court is respectfully directed to unseal ECF 17.

**SO ORDERED.**

                                                                    _s/ Ona T. Wang_
Dated: January 6, 2025                                **Ona T. Wang**
      New York, New York                        United States Magistrate Judge